**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| PEOPLE CENTER, INC. d/b/a RIPPLING,<br><br>Plaintiff,<br><br>v.<br><br>ANYSOURCE, INC. d/b/a RUNLAYER,<br><br>Defendant. | C.A. No. 26-01007 (CFC) |

**JOINT STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff People Center, Inc. and Defendant Anysource, Inc. (the "Parties"), by and through their respective counsel, hereby stipulate and agree to the dismissal with prejudice of all claims asserted in this action.

The Parties also stipulate and agree to the dismissal with prejudice of all claims asserted in *Anysource, Inc., d/b/a Runlayer v. People Center, Inc., d/b/a Rippling*, Case No. 1:26-cv-06410-DLC (S.D.N.Y.), as well as the co-pending arbitration AAA Case No. 01-26-0004-5850.

In exchange for these dismissals, no compensation will be paid. Each party shall bear its own costs and attorneys' fees.

This stipulation, agreed to by all parties, is self-executing and shall be effective immediately upon filing with the Court.

Dated: August 19, 2026

*/s/ Adam W. Poff*
Adam W. Poff (No. 3990)
Robert M. Vrana (No. 5666)
Parks L. Kingery (No. 7416)
YOUNG CONAWAY STARGATT
& TAYLOR, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6600
apoff@ycst.com
rvrana@ycst.com
pkingery@ycst.com

*Of Counsel:*

Daniel S. Block
Michael D. Specht
Jonathan Tuminaro
STERNE, KESSLER, GOLDSTEIN &
FOX, P.L.L.C. 1
101 K Street, N.W. 10th Floor Washington,
D.C. 20005 Telephone: (202) 371-2600
dblock@sternekessler.com
mspecht@sternekessler.com
jtuminar@sternekessler.com

*Attorneys for Plaintiff People Center, Inc.*

*/s/ Alexander N. Gross*
Alexander N. Gross
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
grossa@sullcrom.com

Andrei Iancu
Amy E. Proctor
SULLIVAN & CROMWELL LLP
1888 Century Park East
Los Angeles, CA 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
iancua@sullcrom.com
proctora@sullcrom.com

*Attorneys for Plaintiff Anysource, Inc.*